IN RE OHIO CRIMINAL SENTENCING STATUTES CASES.

[Cite as *In re Ohio Criminal Sentencing Statutes Cases,* 109 Ohio St.3d 411, 2006-Ohio-2394.]

(Submitted May 10, 2006—Decided May 17, 2006.)

{¶ 1} The following dispositions of currently pending appeals are hereby entered based on our decision in *State v. Foster,* 109 Ohio St.3d 1, 2006-Ohio-856, 845 N.E.2d 470.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

I

{¶ 2} Discretionary appeals are accepted in the following cases, the judgments of the courts of appeals are affirmed as to their holdings regarding the unconstitutionality of Ohio's criminal-sentencing statutes and reversed as to their holdings that modified the defendant's sentence, and the causes are remanded to the trial courts for resentencing:

{¶ 3} 2005–2034.  *State v. Weber,* Hamilton App. No. C–040820, 2005-Ohio-4854, 2005 WL 2249113.

{¶ 4} 2005–2106.  *State v. Sullivan–Griggs,* Hamilton App. No. C–040853.

II

{¶ 5} Discretionary appeals are accepted in the following cases, the judgments of the courts of appeals are reversed, and the causes are remanded to the trial courts for resentencing.  If propositions of law are noted, such reversals apply only to those portions of the judgments of the courts of appeals as are implicated by the applicable propositions of law:

{¶ 6} 2006–0182.  *State v. Lyles,* Allen App. No. 1–04–63, 2005-Ohio-6860, 2005 WL 3526709.

{¶ 7} 2006–0188.  *State v. Taylor,* Licking App. No. 05–CA–34, 2005-Ohio-6701, 2005 WL 3475723.

{¶ 8} 2006–0192. *State v. Bulgin,* Lorain App. No. 05CA008697, 2005-Ohio-6734, 2005 WL 3483461.

{¶ 9} 2006–0208. *State v. Dykes,* Cuyahoga App. No. 86148, 2005-Ohio-6636, 2005 WL 3436338. Accepted on Proposition of Law Nos. II and III.

{¶ 10} 2006–0224. *State v. Simmons,* Lake App. No. 2004–L–131, 2005-Ohio-6706, 2005 WL 3476646.

{¶ 11} 2006–0225. *State v. Detlor,* Union App. No. 14–04–29, 2005-Ohio-6695, 2005 WL 3455139.

{¶ 12} 2006–0231. *State v. Cottrell,* Columbiana App. No. 04 CO 53, 2005-Ohio-6923, 2005 WL 3536472. Accepted on Proposition of Law No. III.

{¶ 13} 2006–0233. *State v. Nolan,* Warren App. No. CA2005–05–062. Accepted on Proposition of Law No. II.

{¶ 14} 2006–0274. *State v. Simmons,* Lake App. No. 2004–L–154, 2005-Ohio-6896, 2005 WL 3528884.

{¶ 15} 2006–0306. *State v. McDowell,* Franklin App. No. 03AP–1187, 2005-Ohio-6959, 2005 WL 3550824.

{¶ 16} 2006–0317. *State v. Haverland,* Hamilton App. No. C–050119, 2005-Ohio-6997, 2005 WL 3557400. Accepted on Proposition of Law No. II.

{¶ 17} 2006–0342. *State v. Bryant,* Cuyahoga App. No. 85836, 2005-Ohio-6358, 2005 WL 3215195. Accepted on Proposition of Law No. VIII.

{¶ 18} 2006–0381. *State v. Phipps,* Cuyahoga App. No. 86133, 2006 WL 62490. Accepted on Proposition of Law No. III.

{¶ 19} 2006–0385. *State v. Kendrick,* Montgomery App. No. 20965, 2006-Ohio-311, 2006 WL 202141. Accepted on Proposition of Law No. V.